UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK KOWALSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-01568-CMH-IDD |
| NAVIENT SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MARK KOWALSKI, ("Plaintiff"), through his attorney, Ferris Winder, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, NAVIENT SOLUTUIONS, INC.

RESPECTFULLY SUBMITTED,

January 17, 2017

By: /s/ Richard W. Ferris
Richard W. Ferris, Esq.
Virginia bar number 31812
Attorney for Mark Kowalski
Ferris Winder, PLLC
530 East Main St. Suite 300
Richmond, VA 23219
Phone: (804) 767-1800
Fax: (888) 251-6228
rwferris@ferriswinder.com

So Ordered
Claude M. Hilton
USDJ
Jan. 19, 2017